**328 So.2d 594**
**In re Doris Nell HAMAKER**

**v.**

**George M. HAMAKER.**

**Ex parte George M. HAMAKER.**

**SC 1700.**

Supreme Court of Alabama.

March 19, 1976.

Jackie McDougal, Bessemer, for petitioner.

None for respondent.

MERRILL, Justice.

Petition of George M. Hamaker for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Hamaker v. Hamaker,* 57 Ala.App. 333, 328 So.2d 588.

WRIT DENIED.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

**325 So.2d 221**
**In re James E. HANES**

**v.**

**STATE.**

**Ex parte James E. Hanes.**

**SC 1569.**

Supreme Court of Alabama.

Jan. 2, 1976.

Carl O. Pilgrim, Montgomery, for petitioner.

None for respondent.

JONES, Justice.

Petition of James E. Hanes for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Hanes v. State,* 56 Ala. App. 711, 325 So.2d 219.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.